UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00085-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANTHONY ADRIAN MALDONADO, | |
| Defendant. | |

The Court assumed jurisdiction over Adrian Anthony Maldonado's supervised release from the Southern District of California ("Transferring Court") on September 17, 2018. (ECF No. 2.) The Court has been informed that the Transferring Court has terminated Maldonado's supervised release. Accordingly, Maldonado's supervised release in this case is terminated. The Clerk is directed to close this case.

DATED THIS 22nd day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE